**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6787**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ANTHONY RAVON RUFFIN, a/k/a Anthony Rayvon Ruffin,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, Senior District Judge.  (1:08-cr-00304-LCB-1)

─────────────

Submitted:  January 22, 2026                    Decided:  January 29, 2026

─────────────

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Anthony Ravon Ruffin, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Ravon Ruffin appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and denying his motion to seal. We review the denial of compassionate release under 18 U.S.C. § 3582(c)(1)(A) for abuse of discretion. *United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023). "In doing so, we ensure that the district court has not acted arbitrarily or irrationally, has followed the statutory requirements, and has conducted the necessary analysis for exercising its discretion." *Id.* (internal quotation marks omitted).

"In analyzing a motion for compassionate release, district courts must determine: (1) whether extraordinary and compelling reasons warrant such a reduction; and (2) that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." *United States v. Malone*, 57 F.4th 167, 173 (4th Cir. 2023). "Only after this analysis may the district court grant the motion if (3) the relevant 18 U.S.C. § 3553(a) factors, to the extent they are applicable, favor release." *Id.*

On appeal, Ruffin challenges the district court's conclusions that he failed to demonstrate extraordinary and compelling reasons for his release and that the § 3553(a) factors did not support his release. We find no abuse of discretion. The district court addressed Ruffin's arguments that extraordinary and compelling reasons existed for his release and specifically explained why each failed to meet the standard. Moreover, the court did not abuse its discretion in determining that, in any event, consideration of the § 3553(a) factors counseled against Ruffin's release. With respect to Ruffin's motion to seal, we have reviewed the record and find no reversible error.

2

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*